Argued and submitted January 4, affirmed by an equally divided court August 11, reconsideration denied October 18, 1994

LUIS ERNESTO MORA,
*Petitioner-Respondent,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Defendant-Appellant.*

(CC 91C-10360; CA A71969 (Control))

JAMES ANTHONY CRAIGER,
*Petitioner on Review,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 91C-11530; CA A71954; SC S40263)

THOMAS RICHARD STOFFAL,
*Petitioner-Respondent,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Defendant-Appellant.*

(CC 91C-11061; CA A71982)

JOAQUIN S. TERAN,
*Petitioner on Review,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 91C-10445; CA A71983; SC S40286)
(Cases Consolidated)

877 P2d 641

Mark J. Geiger, Salem, argued the cause and filed the petition for petitioner on review James Anthony Craiger.

Ronald M. Hellewell, Salem, argued the cause for petitioner on review Joaquin S. Teran.

Janet A. Metcalf, Assistant Attorney General, Salem, argued the cause for respondent on review. With her on a response to the petitions were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.

MEMORANDUM OPINION